# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.   1:20-cr-65** |
| | : | |
| **v.** | : | **UNDER SEAL** |
| | : | |
| **MICHAEL RAHIM MOHAMMAD,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION TO UNSEAL THE DOCKET

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves to unseal the docket in this matter, to include the Indictment and all other pleadings.   In support of this motion, the government states as follows:

On March 5, 2020, the Grand Jury returned an Indictment charging the defendant MICHAEL RAHIM MOHAMMAD with violating obscenity, child pornography, and money laundering laws.   The government contemporaneously moved to seal the docket and all pleadings in this matter.

The reasons for such sealing are no longer applicable.   As such, the government respectfully requests entry of an Order unsealing the instant docket to take effect on March 12, 2020.   At that time, the government will formally announce the indictment.

                                                                Respectfully submitted,

                                                                TIMOTHY J. SHEA
                                                                UNITED STATES ATTORNEY

                                                                _____/s/___Zia M. Faruqui_____
                                                                Zia M. Faruqui, D.C. Bar 494990
                                                                Assistant United States Attorney
                                                                555 Fourth Street, N.W.
                                                                Washington, D.C. 20001
                                                               (202) 252-7117