# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.   1:20-cr-65** |
| | : | |
| v. | : | **UNDER SEAL** |
| | : | |
| **MICHAEL RAHIM MOHAMMAD,** | : | |
| | : | |
| **Defendant.** | : | |

# O R D E R

Based on the representations in the government's motion to unseal the docket, indictment, and other pleadings it is this 12 day of March, 2020,

**ORDERED** the docket in this matter, including all pleadings shall be unsealed on March 12, 2020.

_____
HON. DABNEY FRIEDRICH
UNITED STATES DISTRICT JUDGE