Rev: 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.   Criminal No.   20-65

MICHAEL RAHIM MOHAMMAD   Category   B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on ___8/10/2020___ from ___Judge Dabney L. Friedrich___ to ___Calendar Committee___ by direction of the Calendar Committee.

(Defendant is a Fugitive)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Dabney L. Friedrich   & Courtroom Deputy
Calendar Committee

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk